FILED
CLERK, U.S. DISTRICT COURT
OCT - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 99-00780-R |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |
| v. | |
| MANUEL JOHN ROSALES, | |
| Defendant. | |

On arrest warrant issued by the United States District Court for the __CDCA__ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  (✓) the safety of any person or the community.

    The Court concludes:

    A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

__he can abide by cond. of release__

1  B. ( ✓ ) Defendant is a flight risk because defendant has
2  not shown by clear and convincing evidence that: _
3  *he can abide by cond- of rlbase*
4  _____
5  _____
6  _____

7
8  IT IS ORDERED defendant be detained.
9
10  DATED: October 9, 2008
11  *[signature]*
    CAROLYN TURCHIN
12  U.S. MAGISTRATE/DISTRICT JUDGE
13
14
15
16
17
18
19
20  [2/05]
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

        Plaintiff,

V.

Manuel John Rosales

        Defendant.

Case No. 99-780-R

WAIVER OF PRELIMINARY HEARING

(Rule 32.1, Fed. R. Crim. P.)

I, Manuel Rosales, charged in a Petition on Probation and Supervised Release, pending in this District, with a violation of the terms and conditions of my probation/supervised release, and having appeared before this Court and been advised of my rights as required by Rule 32.1, FRCrP, including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

10/9/08
Date

Defendant

I have translated this Waiver to the defendant in the __N/A__ language.

Date

N/A
Interpreter (if required)

10/9/08
Date

Counsel for Defendant

Accepted 10/9/08 Carolyn Turchin
U.S. M. Judge